UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IDA MAE WILLIS                                                                                  PLAINTIFF

vs.                                                          CIVIL ACTION NO. 3:06cv717TSL-JCS

DENNY TRANSPORT, INC.                                                                  DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, Emma Mister, and Defendant, Denny Transport, Inc., by and through counsel of record and move the Court for an Order dismissing this suit with prejudice; and it being made known to the Court that Plaintiff's claims have been fully compromised and settled, and that all parties consent to the entry of this Order and agree that this cause should be dismissed with prejudice. The Court, being fully advised in the premises, does find that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims in this cause be, and the same are, hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 25 day of July, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____          _____
A.E. "GENE' HARLOW, SR., ESQ.                   BRADLEY S. KELLY, ESQ. (MSB#101243)
Attorney for Plaintiff                                        Attorney for Defendant